IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO HALL and CAROLYN HALL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CASE NO. 2:09-cv-342-MHT [wo] |
| THE STATE OF ALABAMA, *et al.*, | ) ) | |
| Defendants. | ) | |

ORDER

On January 19, 2010, the magistrate judge issued a report and recommendation (Doc. 46) to which no timely objections were made. Upon an independent review of the record and upon consideration of the recommendation of the magistrate judge, it is the ORDER, JUDGMENT and DECREE that:

(1) The report and recommendation of the magistrate judge (Doc. 46) is adopted.

(2) The motions to dismiss (Docs. 28, 35, and 36) are granted.

(3) The motion to dismiss (Doc. 34) is denied as moot.

(4) Defendants Powe, Corporal Hall, Liedl, Johnson, Enj, Jenkins, and former Mayor Bright are dismissed without prejudice.

(5) Defendant Morman is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

(6) All other defendants are dismissed with prejudice.

(7) Any other outstanding motions are denied as moot.

DONE, this the 18th day of February, 2010.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE