IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO HALL and CAROLYN HALL, ) ) ) Plaintiffs, ) ) v. ) ) THE STATE OF ALABAMA, *et al.*, ) ) Defendants. ) | CASE NO. 2:09-cv-342-MHT [wo] |

FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this action is dismissed in its entirety.

It is further ORDERED that costs are taxed against the plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE, this the 18th day of February, 2010.

    /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE